**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No.: 05-0482 (JLL) |
| Plaintiff, | **ORDER** |
| v. | |
| JAMILA DAVIS and BRENDA RICKARD, | |
| Defendants. | |

This matter comes before the Court on Defendants' joint motion for a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure. For the reasons stated in this Court's corresponding Opinion,

**IT IS** on this 20th day of October, 2011,

**ORDERED** that Plaintiff's joint motion for a new trial is DENIED.

**SO ORDERED.**

/s/ Jose L. Linares
JOSE L. LINARES
U.S. DISTRICT JUDGE