PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Arisma Theodore　　　　　　　　　　Cr.: 05-00482-003
　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS Number: 43029

Name of Sentencing Judicial Officer: The Honorable Jose L. Linares

Date of Original Sentence: 01/08/09

Original Offense: Conspiracy to Commit Bank Fraud

Original Sentence: 27 Month Imprisonment; 3 Years Supervised Release

Type of Supervision: Supervised Release　　　　　　Date Supervision Commenced: 02/15/11

## PETITIONING THE COURT

[ ]　To extend the term of supervision for　　　Years, for a total term of　　　Years.
[X]　To modify the conditions of supervision as follows. The addition of the following special condition(s):

COMMUNITY SERVICE (40 hours over 4 months)

You shall contribute 40 hours of community service work over a period of 4 months or less, from the date of this signed Order. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

On November 29, 2011 the offender was arrested by New York City Police Department for Driving While Suspended, and failure to Stop at Stop Sign. The offender failed to notify the probation Office within 72 hours of his arrest, and was driving an unreported vehicle.

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 03/22/12

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/27/12
_____
Date