NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | Criminal Action No.: 05-0482 (JLL) |
|---|---|
| v. | **ORDER** |
| BRENDA RICKARD, | |
| Defendant. | |

This matter comes before the Court on Defendant Brenda Rickard's motion to compel the production of documents by her former attorney James Parkman. Although this case has been closed since July 16, 2008, on October 21, 2010, this Court ordered Mr. Parkman to turn over the relevant contents of his files related to Defendant Rickard. Therefore the relief sought by Defendant Rickard has already been granted. Furthermore, Ms. Rickard's motion for a new trial and motion to vacate sentence pursuant to 28 U.S.C. § 2255 (10-4089) have now been denied.

Accordingly, **IT IS** on this 6th day of August, 2012

**ORDERED** that Defendant's renewed request for the production of documents is denied as moot.

**SO ORDERED.**

s/ Jose L. Linares
JOSE L. LINARES
U.S. DISTRICT JUDGE